IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DOUGLAS D. WARTHAN,<br><br>　　　　Debtor.<br>_____<br><br>RENEE HANRAHAN, in her sole capacity as Trustee,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TYE WARTHAN and COLIN WARTHAN,<br><br>　　　　Defendants. | Chapter 7 Bankruptcy<br>Case No. 18-01475<br><br><br><br><br>Adversary Case No. 19-09026<br><br><br>Consent Motion to Accept Service and Extend the Deadline |

　　　　COMES NOW Plaintiff Renee Hanrahan, in her sole capacity as Trustee, by and through her counsel, and in support of this Consent Motion to Accept Service and Extend the Deadline by Which to Answer respectfully states:

　　　　1.　　The Trustee filed a complaint against Tye Warthan and Colin Warthan (collectively, the "*Kids*") on August 19, 2019 (Dkt #1) and effectuated service on the Kids by mail on August 21, 2019 (Dkt #3).

　　　　2.　　The Debtor agrees to represent the Kids by accepting service of the complaint and appearing on behalf of the Kids on the condition that the deadline by which to file an answer be extended to November 15, 2019.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Trustee prays the Court enter an order affirming the terms of this Motion and setting the deadline by which the Debtor shall file an answer to be November 15, 2019.

/s/ Eric J. Langston
Eric J. Langston, AT0014001
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elangston@spmblaw.com
ATTORNEY FOR PLAINTIFF TRUSTEE

**Agreed to and consented by:**

/s/ Bradley R. Kruse
Bradley R. Kruse, AT0004483
DICKINSON, MACKAMAN,
TYLER & HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, Iowa 50309-3986
Telephone: (515) 244-2600
bkruse@dickinsonlaw.com
ATTORNEY FOR THE DEBTOR,
DOUGLAS D. WARTHAN

**Certificate of Service**

    The undersigned hereby certifies, under penalty of perjury, that a copy of the instrument to which this certificate is attached was mailed via the United States mail with postage fully paid on the 28th day of October 2019, to the parties displayed on the Service List below.

                                                /s/ *Wendi C. Scheer*

| | |
|---|---|
| Renee K. Hanrahan<br>Chapter 7 Trustee<br>P.O. Box 1088<br>Cedar Rapids, IA 52406-1088 | Tye Warthan<br>c/o Doug Warthan<br>12350 Barony Dr.<br>Dubuque, IA 52001-9636 |
| Patricia M. Reisen-Ottavi<br>Attorney at Law<br>800 White St., Suite 100<br>Dubuque, IA 52001-7001 | Tye Warthan<br>c/o Doug Warthan<br>860 Clarke Drive<br>Dubuque, IA 52001 |
| Bradley R. Kruse<br>Dickinson, Mackaman, Tyler & Hagen, P.C.<br>699 Walnut St., Suite 1600<br>Des Moines, IA 50309-3986 | Colin Warthan<br>c/o Doug Warthan<br>12350 Barony Dr.<br>Dubuque, IA 52001-9636 |
| TSD, EWL | Colin Warthan<br>c/o Doug Warthan<br>860 Clarke Drive<br>Dubuque, IA 52001 |

RHTE Warthan/Pldgs/Drafts/Consent Motion to Accept Service and Extend the Deadline.102419.1041a.ejl